ORIGINAL

**DEPARTMENT OF THE CORPORATION COUNSEL**
BRIAN MOTO          5421
Corporation Counsel
CHERYL A. TIPTON      2872
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii  96793

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP
STEVEN M. NAKASHIMA    3080-0
MELANIE MITO MAY      6739-0
WILLIAM N. OTA       6947-0
JENNIFER K. MURATA     8370-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
snakashima@marrhipp.com
Attorneys for Defendant County of Maui

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRINIDAD K. ALCONCEL, ET AL., ) | CIVIL NO. CV05-00280 SPK BMK |
| ) | |
| Plaintiffs, ) | DECLARATION OF MELANIE |
| ) | MITO MAY REGARDING |
| vs. ) | EXHIBITS 1a-67a, 1b-67b FILED |
| ) | UNDER SEAL PURSUANT TO |
| COUNTY OF MAUI, HAWAII, ) | SECTIONS 11.1 AND 11.2 OF THE |
| ) | AMENDED GENERAL ORDER |
| Defendant. ) | ADOPTING ELECTRONIC CASE |
| ) | FILING PROCEDURES; **EXHIBITS** |
| ) | **1a-67a, 1b-67b (3CDs);** |
| ) | CERTIFICATE OF SERVICE |
| ) | [caption continued on next page] |

87592/511.003

)
_____ )   Trial Date:  June 5, 2007

## DECLARATION OF MELANIE MITO MAY

MELANIE MITO MAY, declares the following:

1.    I am a member of Marr Hipp Jones & Wang, am licensed to
practice law in the State of Hawaii, and have been admitted to practice law before
this court.  I am one of the attorneys representing Defendant County of Maui in
this action (the "County").  All statements made in this Declaration are based on
my personal knowledge unless otherwise expressly stated.  If called as a witness, I
could testify competently under oath to these facts.

2.    The enclosed two (3 CDs contain **Exhibits 1a-67a** and
**Exhibits 1b-67b**.  These Exhibits are submitted in opposition to Plaintiffs' Motion
for Partial Summary Judgment (filed November 30, 2006).

3.    **Exhibits 1a-67a** are the Employee Attendance and Leave
Reports (**timesheets**) for Plaintiffs (1a) Micah K. Adams, (2a) Trinidad K.
Alconcel, (3a) Greg K. Alejo, (4a) Theresa L. Arcilla, (5a) Susan E. Bajadali, (6a)
Lawrence R. Becraft, II , (7a) James E. Bell, (8a) Ronald Bennett, (9a) John E.
Bowker, (10a) Ka Lae O Ka Ena Brown, (11a) Dyann K. Cabreros, (12a) Mervin
F. Ching, (13a) Natalie M. Ching, (14a) Dale R. Corpuz, (15a) Ericlee K. Correa,

(16a) Dawn Y. Danley, (17a) Derrick C. Delos Santos, (18a) Heidi D. Elizares, (19a) Randy A. Esperanza, (20a) Renee-May K. Filimoe'atu, (21a) Carlton H. Galang, (22a) Samuel C. Gasmen, (23a) Glenn Goto, (24a) Joshua J. Haglan, (25a) Michael W. Hale, (26a) Robert W. Heyde, (27a) Bradney W. Hickle, (28a) Mervin K. Holokai, (29a) Jeffrey Hunt, (30a) Melvin R. Johnson, Jr., (31a) James K. Kahuhu, (32a) Gregg Karonis, (33a) Gregg Katayama, (34a) Jayson M. Kozaki, (35a) Stuart Kunioka, (36a) Dennis G. Lee, (37a) Lisa A.G. Louis, (38a) Scott E. Louis, (39a) Bryan Manlapao, (40a) Lance E. Marks, (41a) Sean K. Marzoeki, (42a) Edwin U. Matsuda, (43a) Marvin K. Miles, (44a) Loren I. Natividad, (45a) Clifford A. Pacheco, Jr., (46a) Lawrence Pagaduan, III, (47a) Kathleen K. Paschoal, (48a) Kathy L. Paz, (49a) Scott D. Perry, (50a) Asbel Polanco, Jr., (51a) Harold K. Purdy, (52a) Reid A. Pursley, (53a) Edith Quintero, (54a) Mary-Lee T. Sagawinit, (55a) Henry L. Schnitzer, Sr., (56a) Domenic Scozzafava, (57a) Eric E. Stelene, (58a) Tina L. Storey, (59a) Robert L. Stuhr, (60a) Paul Takayama, (61a) Lisa A. Tomita, (62a) Mary H. Toro, (63a) Ricky Uedoi, (64a) Aylett A. Wallwork, (65a) David K. Wikoli, (66a) Myles S. Won, and ( 67a) Jamie P. Wright.  Exhibits 1a-67a contain the Social Security numbers of these Plaintiffs. Accordingly, Exhibits 1a-67a are being filed under seal pursuant to section 11.2 of the Amended General Order Adopting Electronic Case Filing Procedures (filed

February 1, 2006).  A hard copy of these Exhibits will be made available to the

Court upon request.

       4.     **Exhibits 1b-67b** are the **payroll records** for Plaintiffs (1b)

Micah K. Adams, (2b) Trinidad K. Alconcel, (3b) Greg K. Alejo, (4b) Theresa L.

Arcilla, (5b) Susan E. Bajadali, (6b) Lawrence R. Becraft, II , (7b) James E. Bell,

(8b) Ronald Bennett, (9b) John E. Bowker, (10b) Ka Lae O Ka Ena Brown, (11b)

Dyann K. Cabreros, (12b) Mervin F. Ching, (13b) Natalie M. Ching, (14b) Dale R.

Corpuz, (15b) Ericlee K. Correa, (16b) Dawn Y. Danley, (17b) Derrick C. Delos

Santos, (18b) Heidi D. Elizares, (19b) Randy A. Esperanza, (20b) Renee-May K.

Filimoe'atu, (21b) Carlton H. Galang, (22b) Samuel C. Gasmen, (23b) Glenn Goto,

(24b) Joshua J. Haglan, (25b) Michael W. Hale, (26b) Robert W. Heyde, (27b)

Bradney W. Hickle, (28b) Mervin K. Holokai, (29b) Jeffrey Hunt, (30b) Melvin R.

Johnson, Jr., (31b) James K. Kahuhu, (32b) Gregg Karonis, (33b) Gregg

Katayama, (34b) Jayson M. Kozaki, (35b) Stuart Kunioka, (36b) Dennis G. Lee,

(37b) Lisa A.G. Louis, (38b) Scott E. Louis, (39b) Bryan Manlapao, (40b) Lance

E. Marks, (41b) Sean K. Marzoeki, (42b) Edwin U. Matsuda, (43b) Marvin K.

Miles, (44b) Loren I. Natividad, (45b) Clifford A. Pacheco, Jr., (46b) Lawrence

Pagaduan, III, (47b) Kathleen K. Paschoal, (48b) Kathy L. Paz, (49b) Scott D.

Perry, (50b) Asbel Polanco, Jr., (51b) Harold K. Purdy, (52b) Reid A. Pursley,

(53b) Edith Quintero, (54b) Mary-Lee T. Sagawinit, (55b) Henry L. Schnitzer, Sr.,

(56b) Domenic Scozzafava, (57b) Eric E. Stelene, (58b) Tina L. Storey, (59b) Robert L. Stuhr, (60b) Paul Takayama, (61b) Lisa A. Tomita, (62b) Mary H. Toro, (63b) Ricky Uedoi, (64b) Aylett A. Wallwork, (65b) David K. Wikoli, (66b) Myles S. Won, and ( 67b) Jamie P. Wright.  Exhibits 1b-67b contain the Social Security numbers of these Plaintiffs.  Accordingly, Exhibits 1b-67b are being filed under seal pursuant to section 11.2 of the Amended General Order Adopting Electronic Case Filing Procedures (filed February 1, 2006).  A hard copy of these Exhibits will be made available to the Court upon request.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct

Executed on January 22, 2007.

_____

MELANIE MITO MAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRINIDAD K. ALCONCEL, ET AL., ) | CIVIL NO. CV05-00280 SPK BMK |
| ) | |
| Plaintiffs, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF MAUI, HAWAII, ) | |
| ) | |
| Defendant. ) | |
| ————————————————— ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date designated below, a copy of the

foregoing document was duly served on the following by depositing the same in

the United States mail, first class postage prepaid, addressed as follows:

MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

87592/511.003

THOMAS A. WOODLEY, ESQ.
GREGORY K. McGILLIVARY, ESQ.
DAVID W. RICKSECKER, ESQ.
Woodley & McGillivary
1125 15th Street, N.W.
Washington, D.C. 20005

Attorneys for Plaintiffs

DATED:   Honolulu, Hawaii, January 22, 2007.


_____
STEVEN M. NAKASHIMA
MELANIE MITO MAY
WILLIAM N. OTA
JENNIFER K. MURATA

Attorneys for Defendant
County of Maui

87592/511.003                    2