IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRINIDAD K. ALCONCEL, ET AL., ) | CIVIL NO. CV05-00280 BMK |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER APPROVING** |
| vs. ) | **SETTLEMENT** |
| ) | |
| COUNTY OF MAUI, HAWAII, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER APPROVING SETTLEMENT

WHEREAS, Plaintiffs Trinidad K. Alconcel *et al.* ("Plaintiffs") brought suit against Defendant County of Maui ("Defendant") for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA");

WHEREAS, bona fide disputes and controversies existed between Plaintiffs and Defendant, as to liability and damages;

WHEREAS, no admissions have been made by Plaintiffs or Defendant regarding liability or damages;

WHEREAS, Plaintiffs and Defendant desire to fully and finally resolve all disputes and controversies and placed a settlement on the record before the Honorable Leslie E. Kobayashi on May 25, 2007;

WHEREAS, Plaintiffs and Defendant have executed a Settlement Agreement, a copy of which was filed with the Court under seal on October 12, 2007;

WHEREAS, Plaintiffs and Defendant jointly request approval of the Settlement Agreement by the Court;

WHEREAS, the Court has reviewed the Settlement Agreement in light of the entire record in this case;

NOW, THEREFORE, the Court hereby makes the following findings and order:

1.  Consistent with its supervisory role over the settlement of claims asserted under the FLSA, the Court has reviewed the Settlement Agreement, the Stipulated Orders and Stipulated Entries of Judgment referenced below, and finds that the settlement in this case taken as a whole is a fair and reasonable resolution of bona fide disputes under the FLSA.  In reaching this conclusion and making this finding, the Court has considered the strength of the Plaintiffs' case; the fact Defendant has, at all times, acted in good faith with respect to its obligations under the FLSA, which fact is concurred in by Plaintiffs; the risk, expense, complexity, and likely duration of continued litigation; the

amount of the settlement; the extent of the discovery which has been completed in this case; the stage of the proceedings; and the experience and views of counsel.

      2.    Based on the foregoing, the Court hereby orders that the Settlement Agreement is APPROVED; that the overall settlement amount and payment schedule is APPROVED; that the form of the overall Settlement Agreement between Plaintiffs and Defendant (filed under seal on October 12, 2007, as Exhibit 1 to the Declaration of Steven M. Nakashima) is APPROVED and shall remain confidential; that the form of the Individual Release and Settlement Agreements between the individual Plaintiffs and Defendant (filed under seal on October 12, 2007, as Exhibit 2 to the Declaration of Steven M. Nakashima) is APPROVED and shall remain confidential.

      3.    The Court further orders that the following Orders and Entries of Judgment shall be entered in this case:

      a.    Order Granting Defendant County of Maui's Motion for Partial Summary Judgment as to the 7(k) Exemption;

      b.    Order Granting Defendant County of Maui's Motion for Partial Summary Judgment Regarding the Timeliness of the County's Payments Under the FLSA;

      c.    Order Granting Defendant County of Maui's Motion for Partial Summary Judgment Regarding Plaintiffs'

Compensatory Time Off Claims;

        d.      Order Granting Defendant Maui's Motion for Partial Summary Judgment as to the Regular Rate Formula;

        e.      Entry of Judgment as to the Interpretation and Application of the Credits Available Under 29 U.S.C. § 207(h);

        f.      Entry of Judgment Regarding Uncompensated Time Spent Off the Clock Cleaning and/or Maintaining Firearms; and

        g.      Entry of Judgment Regarding Uncompensated Time Spent Off the Clock Cleaning and/or Maintaining Take-Home Vehic1es.

        4.      Following entry of the Orders and Entries of Judgment, all Plaintiffs shall be dismissed with prejudice.  Plaintiffs and Defendant shall submit a Stipulation for Dismissal with Prejudice within 30 days.

        IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 24, 2007

<u>Trinidad K. Alconcel, et al. v. County of Maui, Hawaii</u>, Civil No. CV05-00280 BMK; Order Approving Settlement.